FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30317
08-NOV-2010
01:40 PM**

NO. 30317

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
vs.
RANSON J.K. BULLARD, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
EWA DIVISION
(CASE NO. 1DTC-09-013673)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on September 27, 2010, is hereby corrected as follows:

1.   On page 1, in the caption, the designation of each party should be corrected so that the STATE OF HAWAIʻI is identified as the "Plaintiff-Appellee" and RANSON J.K. BULLARD is identified as the "Defendant-Appellant."

2.   On page 2, in the sixth line, and on page 6, in second line of the "DISCUSSION" section, the reference to "P.2d" should be corrected to "P.3d" in the citations to Fitzwater.

3.   On page 3, in the first line, the citation reference to "Id." should be replaced with "Fitzwater, 122 Hawaiʻi" so that as corrected, the citation reads: "Fitzwater, 122 Hawaiʻi at 357, 227 P.3d at 523."

---

[1] Nakamura, Chief Judge, Fujise, and Reifurth, JJ.

4. On page 5, in the block-quoted testimony, the following corrections should be made:

    a. At the end of the eighth line of the quoted testimony, the word "very" should be inserted between the words "was" and "fast" so that as corrected, the text reads: "would you say it was very fast or . . . ."

    b. In the twelfth line of the quoted testimony, the word "whey" should be corrected to read "when" so that as corrected, the text reads: "And when you say he . . . ."

    c. In the eighteenth line of the quoted testimony, the punctuation at the end of the sentence should be changed from a period to a question mark.

5. On page 6, in the nineteenth line, the word "per" in the quoted material should be replaced with the word "an" so that as corrected, the text reads: "more than 30 miles an hour . . . ."

6. On page 8, in the nineteenth line, the word "at" should be inserted in the citation between "P.2d" and "620" so that as corrected, the citation reads: "_Id._ at 134, 138, 906 P.2d at 620, 624."

7. On page 9, in the seventh line, a hyphen should be inserted between the words "two" and "tenths."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, November 8, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge